**Order entered September 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00584-CV

**WAYNE RAND, Appellant**

**V.**

**STEVE MCMASTERS, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-13633**

## ORDER

We **GRANT** the September 9, 2014 motion of Antionette Reagor, Official Court

Reporter for the 68th Judicial District Court of Dallas County, Texas, for an extension of time to

file the reporter's record.  The reporter's record was filed on September 12, 2014.

/s/      CRAIG STODDART
JUSTICE